AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Christopher Rawsthorne  Telephone: (313) 226-9100
Special Agent: Danielle Santia  Telephone: (586) 412-4844

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Alexander James Decker

Case No.

Case: 2:21−mj−30516
Assigned To : Unassigned
Assign. Date : 11/3/2021
Description: RE: ALEXANDER JAMES DECKER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2021 through November 2, 2021__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251 | Child Exploitation |
| 18 USC §§ 2252A(a)(2) & 2252A(a)(5)(B) | Receipt, distribution, and possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Danielle A. Santia, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 3, 2021

_Judge's signature_

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Danielle A. Santia, a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Detroit Division, Macomb County Resident Agency, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed with the FBI for approximately 17 years and am currently a Special Agent of the FBI. I have been a Special Agent for approximately 10.5 years and have investigated multiple federal criminal violations related to child exploitation and child pornography. During the course of these investigations, my duties included writing search warrants, complains and arrest warrants, participating in the execution of search warrants, the collection of evidence, interviewing subjects and witnesses of these cases, and testifying at various court proceedings in Federal Court and Michigan State Court. I have been trained in the investigation of computer crimes and the use of computers to store, transmit, print, and produce child pornography. To date, I have either conducted or participated in over 300 child exploitation investigations.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for ALEXANDER JAMES DECKER for violations of 18 U.S.C. § 2251 (Child Exploitation), 18 U.S.C. § 2252A(a)(2) (Receipt and

1

Distribution of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ALEXANDER JAMES DECKER has violated the above-referenced statutes.

## SUMMARY OF INVESTIGATION

5. Through an investigation conducted by the FBI, Macomb County Resident Agency, on November 2, 2021, a federal search warrant was executed at ALEXANDER JAMES DECKER's residence in Clinton Township, Michigan. The search warrant was obtained based on information that led investigators to believe that DECKER was associated with a Snapchat account that was used to entice, coerce, and threaten minor females into producing child pornography upon his

request. Furthermore, the Snapchat user took screen shots of child pornography he received in an effort to save and preserve the images and videos on his digital device.

6. In June 2021, the Cobb County Police Department, Georgia, responded to a call concerning the sexual exploitation of minor victim (MV-1) via Snapchat. MV-1 is thirteen years old. MV-1 began communicating with "zander025" in April 2021. "zander025" asked MV-1 how old she was and she responded "13 years old." Almost immediately, the communication became sexual in nature. As a result of a forensic interview of MV-1, Cobb County Police Department executed a search warrant on Snapchat for the accounts associated with "zander025" and MV-1.

7. I was provided with a search warrant return from Snapchat. Upon review of the Snapchat return, the following messages took place between "zander025" and MV-1:

    a. On April 21, 2021, "zander025" asked MV-1 if she was home and when MV-1 indicated she was home, "zander025" said "u should play with urself or take some pics."

    b. On May 1, 2021, "zander025" says to MV-1, "come put that pussy on me baby." And asks, "when are u gonna show me it baby." "Zander025" then says "when are u gonna show daddy how tight u are."

    c. On May 11, 2021, "zander025" says "i'm gonna send shit to ur house if u don't send." "Zander025" then sends messages to MV-1 proving he knows where MV-1 lives and lists MV-1's family member's names to further try and convince MV-1 that

3

        he knows enough about her location to scare MV-1 into complying with his requests for sexual photos and videos. "Zander025" tells MV-1 that he is going to order $700 worth of pizzas to her home so her parents will have to pay for them. He also threatens to send feces in the mail.

d.    On May 13, 2021, "zander025" continued to entice and pressure MV-1 to take sexual videos for him. "zander025" sends Snapchat messages to MV-1 that he wants to see how "tight" MV-1's "pussy" is and says "i wanna see u play with it I'll tell u how." MV-1 asks "zander025" to not scare her again and she offers to make a deal with him. MV-1 asked "zander025" if he would leave her alone if she sent 20 to 30 pictures. "Zander025" bargains with MV-1 and says she has to make "25 pics and 5 vids of my choice."

e.    On May 20, 2021, "zander025" instructs MV-1 how to masturbate and gives specific directions on what he wants MV-1 to do while masturbating. "zander025" says "ounc u get it set ur phone down in front of us and record u fingering urself and then sliding the hair brush handle in ur pussy and go in and out as fast as u can take a full video."

f.    When MV-1 tells "zander025" that she is having a hard time complying with his requests because it is too painful, "zander025" tells MV-1 she can use a "sharpie" instead.

g.    MV-1 negotiated with "zander025" on various things she could do so that "zander025" would stop forcing her to create videos sexual in nature. "zander025" responds, "i want one of u peeing while laying back in the shower first. like laying back and peeing

up and out. like a distance pee. i'm sending ur nudes out. u had too many chances. hopefully your parents won't mind too much. but expect some stuff in the mail too. plus all ur videos."

8. Also during the review of the Snapchat search warrant return, I discovered "zander025" was communicating with numerous females in addition to MV-1. I reviewed hundreds of chats and multiple sexual videos and photographs of both "zander025" and various unidentified females. Some of the females depicted in these videos and photographs appeared to be minors. The chats revealed "zander025" enticed and coerced multiple apparent minor victims to create child pornography for his personal gratification. On occasion, some of the females refused to comply with "zander025"'s request for sexual videos and pictures. When females refused to produce child pornography for "zander025," he encouraged the females to kill themselves.

9. DECKER was present at his home during execution of the federal search warrant on November 2, 2021. DECKER was interviewed by me and Special Agent Michelle Harmon. During the interview, DECKER made the following statements:

    a. DECKER used the snapchat account "zander025." DECKER communicated with various females on this account;

    b. Since approximately Spring 2021, DECKER began communicating with minor females through Snapchat

5

    (zander025) for the purpose of obtaining photographs and videos sexual in nature;

c. DECKER requested minor females to produce photographs and videos sexual in nature for his sexual gratification;

d. DECKER took photographs of his penis and sent them to minor females via Snapchat. Decker also took videos while masturbating and sent them to minor females;

e. DECKER instructed minor females how to masturbate;

f. DECKER instructed minor females to insert hairbrushes in their vagina during masturbation;

g. DECKER used various intimidation tactics to coerce and threaten minor females into taking sexual videos and photographs; and

h. DECKER saved numerous videos and pictures from minor females that were sexual in nature to his iPhone11.

## CONCLUSION

10. Based upon the foregoing, there is probable cause to believe that DECKER has enticed, coerced, and threatened minor females into producing child pornography upon his request and furthermore saved the images in an effort to preserve the digital files on his device. Furthermore, I believe that based off of IP address information and DECKER's statement that DECKER was in the Eastern District of Michigan when he enticed MV-1 and other minor females to produce and send him sexually explicit images.

11. For those reasons, I believe that there is probable cause that DECKER has violated 18 U.S.C. § 2251, 18 U.S.C. § 2252A(a)(2), and 18 U.S.C. § 2252A(a)(5)(B)

Respectfully submitted,

*[signature]*

Danielle A. Santia, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*[signature]*

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:  November 3, 2021

7