UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEXANDER JAMES DECKER,

      Defendant.
_____/

Case: 2:22−cr−20245
Assigned To : Cox, Sean F.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/5/2022

## INFORMATION

**The United States Attorney Charges:**

### COUNT ONE
### SEXUAL EXPLOITATION OF CHILDREN
### (18 U.S.C. §§ 2251(a) and (e))

Beginning on and around April 21, 2021 and continuing through at least May 20, 2021 in the Eastern District of Michigan, the defendant, ALEXANDER JAMES DECKER, employed, used, persuaded, induced, enticed, and coerced MV-1, a female born in 2007, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 2253(a))

The allegations contained in Count One of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of the offenses alleged in this Indictment, ALEXANDER JAMES DECKER, shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

i. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**Substitute Assets**. Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

DAWN N. ISON
United States Attorney

BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

_/s/ Christopher W. Rawsthorne_
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9160
Christopher.Rawsthorne@usdoj.gov
P84401

Dated: May 5, 2022

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _Cwr_ |

**Case Title:** USA v. ALEXANDER JAMES DECKER

**County where offense occurred:** Macomb

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 21-mj-30516 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 5, 2022
Date

_/s/ Chr. W. R._
Christopher W. Rawsthorne
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9160
Fax: (313) 226-2372
E-Mail address: Christopher.Rawsthorne@usdoj.gov
Attorney Bar #: P84401

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.