**GOVERNMENT EXHIBIT A**

Zander,

You ruined the start of my teenage years. What should have been a happy, fun, and carefree time in my life, was turned into a living Hell.

You lied to me, you tricked me, you groomed me, and you threatened me.  You called me mean and terrible names and asked me to do disgusting things.  I learned about things I did not want to know and shouldn't have had to at such a young age, if ever.

The threats may seem silly now, but at the time they were terrifying.  I couldn't tell anyone, and I felt trapped in a box. I held such a weight on my shoulders, and I carried it by myself for months.  I couldn't sleep, I could barely eat, and at times I felt I couldn't even breathe.  I couldn't tell anyone because I didn't know where you were, or what you were capable of doing to me or my family.

The day I finally got the courage to tell my parents was indescribable.  I had the weight lifted off me and I felt so much lighter.  I didn't have to carry this horrible burden by myself any longer.   My parents were amazing. They cried with me, loved me and supported me, and immediately took action.

It has taken a while, but I am getting better.  I know that I am the victim, that was taken advantage of by a monster.  A monster who spent his free time preying upon and manipulating lots of innocent children.  I have been in therapy for over a year now and will continue.  I have good days, but I still have really bad ones when the memories are triggered and the hurt, anger, and shame come flooding back.

Zander, you disgust me and I hate you, but I'm not going to let that hate grow inside me.  I'm not sad that you are going to prison for all the wrong you did to so many, you deserve it.  I do hope, for the sake of your family, that you can turn your life around.  I pray that no other child has to be put through this torture and abuse ever again, at least not at the hands of you, Zander Decker.