FD-302 (Rev. 5-8-10)

-1 of 2-

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/23/2021

                was interviewed subsequent to a search warrant executed at                                    After being advised of the identity of the interviewing agent and the purpose of the interview, DECKER provided the following information:

    DECKER is a white female, date of birth         . DECKER provided the following as her cellular telephone number:

    DECKER advised they have AT&T and Xfinity Internet service. DECKER indicated she has logged into both AT&T and Xfinity for Internet service but mainly uses the data on her cell phone because it is a faster service. DECKER advised that she uses the hotspot on her cell phone with her Macbook laptop when the Wi-Fi acts up.

    DECKER advised that her brother, ALEXANDER has his own computer in his room. DECKER stated ALEXANDER is a gamer and watches YouTube videos. In addition, ALEXANDER listens to music and likes to drive his Ford Mustang.

    DECKER provided the following social media accounts and account ID's used by ALEXANDER:

Investigation on   11/02/2021   at

File #

by Juan M. Herrera

Date drafted   11/23/2021

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**GOVERNMENT EXHIBIT**

DECKER_00236

DECKER advised of an incident in approximately January of 2018, when ALEXANDER sent photos of an ex-girlfriend, ▬▬▬▬▬▬▬ to ▬▬▬▬▬▬▬ brother, ▬▬▬▬ DECKER beleives they were naked photos of ▬▬▬▬ that ALEXANDER took of her when they were dating. According to DECKER, there was no police involvement during this incident.

DECKER remember an instance a while back when a screen shot was posted online of another ex-girlfriend, ▬▬▬▬▬▬▬ of ALEXANDER. DECKER advised ALEXANDER was a minor at the time. DECKER does not know who posted the screen shot. DECKER advised the police were at her house but was unsure why they were there.